PROB 12A
(7/93)

# United States District Court

for

## District of New Jersey

## Report on Individual Under Supervision

Name of Offender: Hakeem Coleman                                                Cr.: 19-00636-001
                                                                                                          PACTS #: 5937863

Name of Sentencing Judicial Officer:    THE HONORABLE MADELINE COX ARLEO
                                                                  UNITED STATES DISTRICT JUDGE

Date of Original Sentence: 02/25/2020

Original Offense:    Count One: Felon in Possession of a Firearm- 18 U.S.C. § 922(g)(1)
                               Count Two: Possession With Intent to Distribute Fentanyl Analog- 21 U.S.C. §
                               841(a)(1) and 841(b)(1)(C)

Original Sentence: 21 months' imprisonment, 36 months' supervised release

Special Conditions: Mental Health Treatment; Life Skills/Education

Type of Supervision: Supervised Release                        Date Supervision Commenced: 08/20/2021

## NONCOMPLIANCE SUMMARY

The offender has not complied with the following condition(s) of supervision:

| Violation Number | Nature of Noncompliance |
| --- | --- |
| 1 | The offender has violated the mandatory supervision condition which states **'You must refrain from any unlawful use of a controlled substance.'** |
| | On August 23, 2021, the individual under supervision tested positive for the use of marijuana. The individual under supervision admitted to using marijuana approximately one week prior. |

U.S. Probation Officer Action:

Coleman was informed marijuana remains a federally illegal substance. He was instructed to discontinue the use of marijuana and cautioned that any further use could result in treatment, sanctions, or other court intervention. The probation office will carefully monitor Coleman's use of substances, and he will frequently be tested for continued use. Should the individual under supervision continue to use marijuana, or other illicit substances, he will be referred for treatment, and the Court will be notified accordingly.

Prob 12A – page 2
Hakeem Coleman

Respectfully submitted,

SUSAN M. SMALLEY, Chief
U.S. Probation Officer

*Michael L. Liebes*
By: MICHAEL L. LIEBES
U.S. Probation Officer

/ mll

APPROVED:

*Elisa Martinez*  9/15/21

ELISA MARTINEZ  Date
Supervising U.S. Probation Officer

**Please check a box below to indicate the Court's direction regarding action to be taken in this case:**

[X] No Formal Court Action to be Taken at This Time (as recommended by the Probation Office)

[ ] Submit a Request for Modifying the Conditions or Term of Supervision

[ ] Submit a Request for Warrant or Summons

[ ] Other

Signature of Judicial Officer

9/22/21
Date